IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO: 18-20764 |
| Howard M. Reck | : | |
|       Debtor | : | CHAPTER 13 |
| _____ | : | |
| Howard M. Reck | : | |
|       Movant | : | Scheduled Hearing Date: |
| | : | March 28, 2018 at 10:00 a.m. |
|    vs. | : | |
| | : | |
| American CB, | : | |
| American InfoSource, | : | |
| City & S.D. of Pittsburgh | : | |
| Collection Service Center, | : | |
| Commonwealth Land Title, | : | |
| Credit Collection Services | : | |
| Credit Management Company, | : | |
| Credit Protection Services, | : | |
| Duquesne Light, | : | |
| GE Capital Retail Bank, | : | |
| Glacial Energy, | : | |
| Goehring Rutter & Boehm, | : | |
| I.C.Systems, Inc., | : | |
| IRS | : | |
| Jordan Tax Service | : | |
| LVNV Funding, LLC | : | |
| Max Zaleski | : | |
| Midland Funding, LLC, | : | |
| Nationstar Mortgage, | : | |
| Pennsylvania Dept of Revenue, | : | |
| Peter Wapner, Esq., | : | |
| PHFA, | : | |
| Pittsburgh Water & Sewer Authority, | : | |
| PNC Bank, | : | |
| Professional Account Management, | : | |
| Robert A. Galanter, Esq., | : | |
| Robert S. Barmen, | : | |
| UPMC Physcian Services, | : | |
| Westlake Financial Services, | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
|       Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION TO EXTEND AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **March 18, 2018**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion will be granted by the Court by default without a hearing.

**You should take this to your lawyer at once**.

A hearing will be held on **March 28, 2018 at 10:00 a.m.** before Judge Gregory L. Taddonio, Courtroom "A", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled for a later date by the Court.  An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of mailing or other service: March 1, 2018

By: /s/ Michael C. Eisen
Michael C. Eisen, Esquire
M. Eisen & Associates, P.C.
6200 Babcock Blvd
Pittsburgh, PA 15237
412-367-9005
PA ID 74523
attorneyeisen@yahoo.com